**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number:    23-02651-hb

AGREED ORDER TERMINATING STAY

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: ) | **Chapter 13** |
| ) | **Bankruptcy No. 23-02651-hb** |
| James Mitchell McAntyre, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

## AGREED ORDER TERMINATING STAY

Comes now Greenville Federal Credit Union, ("Creditor"), a secured creditor herein, James Mitchell McAntyre, the Debtor herein, both by their respective counsel, and the Trustee Gretchen D. Holland having advised the Court that the Debtor wishes to surrender to said Creditor the 2012 Toyota Prius described in the Kasasa Vehicle Loans Disclosure held by the Creditor, that said Creditor has a valid security interest in said collateral, that the Debtor has no equity therein, and the Court being otherwise sufficiently advised,

It is hereby ordered and adjudged as follows:

1. The stay afforded by 11 U.S.C. §362 is hereby lifted so as to permit said Creditor to take such action as may be necessary to enforce and foreclose its security interest in the aforesaid collateral;

2. The Creditor agrees to waive any claim that may arise under 11 U.S.C. §503(b) or §507(b) as a result of this Order. The Creditor further agrees that any funds realized from the foreclosure or other sale in excess of all secured debts or other liens, costs and expenses, will be paid to the Trustee.

Columbia, South Carolina

CONSENTS ON NEXT PAGE

WE SO MOVE FOR APPROVAL AND CONSENT:

/s/ Sabrina B. Cleveland
---
Sabrina Burgess Cleveland
Federal ID #11494
Attorney for Greenville Federal Credit Union

/s/ Sharon K. Butler
---
Sharon K. Butler
Federal ID # 6147
Attorney for the Debtor


NO OBJECTION:

/s/ Gretchen D. Holland
---
Gretchen D. Holland
Chapter 13 Trustee
Federal ID # 6575

**FILED BY THE COURT**
**09/28/2023**



Entered: 09/28/2023

_____
Chief US Bankruptcy Judge
District of South Carolina